

**FILED**

05/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0107

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0107

_____

SAWYER BROWNING,

    Petitioner and Appellant,

v.

DEPARTMENT OF LABOR AND INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD; CENTRAL PLUMBING AND
HEATING, and BIG SKY COLLISION CENTER,

    Respondents and Appellees.

_____

**FILED**

MAY 1 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Appellant has filed a Motion for Dismissal of Case because the parties have reached a settlement. Good cause appearing,

    IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

    DATED this 12ᵗʰ day of May, 2023.

        For the Court,

                _____
                      Chief Justice